AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

U S

**APPEARANCE**

v.

JAVIER DIAZ

Case Number:
07 - 737 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JAVIER DIAZ

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

I certify that I am admitted to practice in this court.

1/14/08
Date

_Lloyd Epstein_
Signature

Lloyd Epstein — 8051
Print Name — Bar Number

Epstein & Weil
225 Broadway, S.H. 1203
Address

NY        NY        10007
City      State     Zip Code

(212) 732-4888    732-6703
Phone Number      Fax Number